No. 953. YELOUSHAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James B. McDonough, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller and Beatrice Rosenberg* for the United States.

No. 956. MACMULLEN *v.* SOUTH CAROLINA ELECTRIC & GAS CO. C. A. 4th Cir. Certiorari denied. *James P. Mozingo III* for petitioner. *Arthur M. Williams, Jr.* and *Frank B. Gary* for respondent.

No. 957. FRENCH LINE *v.* NEW ZEALAND INSURANCE Co., LTD. District Court of Appeal of California, First Appellate District. Certiorari denied. *Francis L. Tetreault* for petitioner.

No. 959. PIERCE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *W. Lee McLane, Jr.* and *Nola McLane* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer and Gilbert E. Andrews* for respondent.

No. 962. THOMPSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Charles S. Scott* and *Elisha Scott* for petitioner. *Solicitor General Cox* for the United States.

No. 963. PEKAR ET AL. *v.* LOCAL UNION No. 181 OF THE INTERNATIONAL UNION OF UNITED BREWERY, FLOUR, CEREAL, SOFT DRINK & DISTILLERY WORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 6th Cir. Certiorari denied. *Dee Edwards* for petitioners. *Thomas E. Harris* for respondents.